UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. **08 C 3507** |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| JANUSZ ROBAK ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR THE UNITED STATES**

     Please take notice that former Assistant United States Attorney Mitchell Mars is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

                                                                  Respectfully submitted,

                                                                   PATRICK J. FITZGERALD
                                                                   United States Attorney

          By:    s/ Clifford C. Histed
                   Clifford C. Histed
                   Assistant United States Attorney
                   219 South Dearborn Street
                   Chicago, Illinois 60604
                   (312) 886-7627

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the *WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR THE UNITED STATES* was served on July 7, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

        s/ Clifford C. Histed
        CLIFFORD C. HISTED
        Assistant United States Attorney
        219 South Dearborn Street, Fifth Floor
        Chicago, Illinois
        (312) 886-7627