## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3507 | **DATE** | 8/4/2008 |
| **CASE TITLE** | U S A    vs    Janusz Robak | | |

**DOCKET ENTRY TEXT:**

Government's response to petitioner's Section 2255 motion to vacate, set aside or correct sentence is due by 10/1/2008.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|