UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08-CV-3507 |
| | ) | Judge Robert W. Gettleman |
| JANUSZ ROBAK | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in and assigned to the above-captioned case.

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

By:   s/ Christopher K. Veatch
      CHRISTOPHER K. VEATCH
      Assistant United States Attorney
      219 South Dearborn St., 5th Fl.
      Chicago, Illinois 60604
      (312) 886-3389

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document: ATTORNEY DESIGNATION was served on August 21, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers. A copy of this document was also served by First Class U.S. Mail on the following:

| | | |
|---|---|---|
| Janusz Robak<br>Inmate # 21659-424<br>Waseca - FCI<br>P.O. Box 1731<br>Waseca, MN 56093 | George Pappas<br>Three First National Plaza<br>Suite 3700<br>Chicago, IL 60602 | Kelly A. O'Brien<br>Three First National Plaza<br>Suite 3700<br>Chicago, IL 60602 |
| Robert A. Novelle, Sr.<br>Novelle & Roellig, LLC<br>47 W. Polk<br>Suite M11<br>Chicago, IL 60605 | Timothy R. Roellig<br>Novelle & Roellig, LLC<br>47 W. Polk<br>Suite M11<br>Chicago, IL 60605 | Linda S. Amdur<br>53 W. Jackson Boulevard<br>Suite 1503<br>Chicago, IL 60604 |

s/ Christopher K. Veatch
CHRISTOPHER K. VEATCH
Assistant United States Attorney
219 South Dearborn St., 5th Fl.
Chicago, Illinois 60604
(312) 886-3389