UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08-CV-3507 |
| | ) | Judge Robert W. Gettleman |
| JANUSZ ROBAK | ) | |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on THURSDAY, August 28, 2008, at 9:15 a.m., at the opening or as soon thereafter as counsel may be heard, I will appear before the Honorable Robert W. Gettleman or any other Judge that may be sitting in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the GOVERNMENT'S MOTION FOR AN ORDER AUTHORIZING DISCLOSURE OF ATTORNEY-CLIENT COMMUNICATIONS, in the above-captioned case, at which time and place you may appear if you see fit.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:  s/ Christopher K. Veatch
      CHRISTOPHER K. VEATCH
      Assistant U.S. Attorney
      219 S. Dearborn St., 5th Floor
      Chicago, Illinois  60604
      (312) 886-3389

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document: ATTORNEY DESIGNATION was served on August 21, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers. A copy of this document was also served by First Class U.S. Mail on the following:

| | | |
|---|---|---|
| Janusz Robak<br>Inmate # 21659-424<br>Waseca - FCI<br>P.O. Box 1731<br>Waseca, MN 56093 | George Pappas<br>Three First National Plaza<br>Suite 3700<br>Chicago, IL 60602 | Kelly A. O'Brien<br>Three First National Plaza<br>Suite 3700<br>Chicago, IL 60602 |
| Robert A. Novelle, Sr.<br>Novelle & Roellig, LLC<br>47 W. Polk<br>Suite M11<br>Chicago, IL 60605 | Timothy R. Roellig<br>Novelle & Roellig, LLC<br>47 W. Polk<br>Suite M11<br>Chicago, IL 60605 | Linda S. Amdur<br>53 W. Jackson Boulevard<br>Suite 1503<br>Chicago, IL 60604 |

s/ Christopher K. Veatch
CHRISTOPHER K. VEATCH
Assistant United States Attorney
219 South Dearborn St., 5th Fl.
Chicago, Illinois 60604
(312) 886-3389